IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GARY KIRCHNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:26-CV-00338-JMB |
| 5TH STREET PROPERTIES, LLC, | ) |
| | ) |
| | ) |
| Defendant, | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, GARY KIRCHNER, and Defendant, 5TH STREET PROPERTIES, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, 5TH STREET PROPERTIES, LLC, and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 15th day of September 2026.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7284 W. Palmetto Park Road, Suite 101 PMB 93
Boca Raton, FL 33433-3406
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Denyse L. Jones
Denyse L. Jones, Esq. (#53611MO)
Husch Blackwell LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Tel: (314) 480-1500
Email: denyse.jones@huschblackwell.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September 2026, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL